UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT F. WILSON,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>            Defendants. | 1:14-cv-01475-SKO (PC)<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM |

On September 22, 2014, Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  However, Plaintiff neglected to sign the complaint. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's complaint is ORDERED STRICKEN from the record.  Fed. R. Civ. P. 11(a); Local Rule 131.  The Clerk's Office shall send Plaintiff a complaint form, and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.  Failure to comply with this order will result in dismissal of this action, without prejudice.

IT IS SO ORDERED.

Dated:   **September 24, 2014**                    **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE

1