1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   BRYANT F. WILSON,                        1:14-cv-01475-SKO (PC)

12                  Plaintiff,                ORDER TO PAY FILING FEE OR FILE
                                              APPLICATION TO PROCEED IN FORMA
13          v.                                PAUPERIS WITHIN FORTY-FIVE DAYS

14   CALIFORNIA DEPARTMENT OF
     CORRECTION AND
15   REHABILITATION, et al,

16                  Defendants.

17

18          Plaintiff, a state prisoner proceeding pro, filed this action pursuant to 42 U.S.C. § 1983 on

19   September 22, 2014.  Plaintiff did not pay the $400.00 filing fee or file an application to proceed

20   in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, within **forty-five (45) days** of the

21   date of service of this order, plaintiff shall pay the $400.00 filing fee or file the attached in forma

22   pauperis application.  **No requests for extension will be granted without a showing of good**

23   **cause, and failure to comply with this order will result in dismissal of this action.**
     IT IS SO ORDERED.

24

25   Dated:   __September 24, 2014__              _____/s/ Sheila K. Oberto_____
                                                  UNITED STATES MAGISTRATE JUDGE

26

27

28

                                                   1